UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSETH DAVID RIVAS-FONSECA,

Petitioner,

v. Case No.: 2:26-cv-02898-SPC-KRH

WARDEN OF GLADES COUNTY DETENTION CENTER *et al.*,

Respondents.
________________________________________/

**OPINION AND ORDER**

Before the Court are Joseth David Rivas-Fonseca's Petition for Writ of Habeas Corpus (Doc. 1), the government's response (Doc. 5), and Rivas-Fonseca's reply (Doc. 6).

Rivas-Fonseca is a native of Honduras who entered the United States in 2019 and encountered Customs and Border Patrol (CBP). CBP commenced removal proceedings by issuing a notice to appear and released Rivas-Fonseca into the country pending the results of the removal case. He has no criminal record. On June 29, 2026, Immigration and Customs Enforcement arrested Rivas-Fonseca while executing a search warrant. Rivas-Fonseca was not named in the warrant and was not accused of any criminal conduct.

On July 20, 2026, an immigration judge found Rivas-Fonseca to be a flight risk and denied his request for release on bond. In a prior habeas action

Rivas-Fonseca argued the bond hearing was unfair. This Court denied the petition because it does not have jurisdiction to review an immigration judge's discretionary bond decision. *See Rivas-Fonseca v. Warden*, M.D. Fla. Case No. 2:26-cv-2394-SPC-KRH, Doc. 6. In his second petition, Rivas-Fonseca states he does not know if the government issued an I-200 Warrant for Arrest of Alien in relation to his June 2026 arrest and challenges the government to produce one. The government has done so—it issued an I-200 on June 29, 2026.

Because the government has rebutted Rivas-Fonseca's sole factual basis for relief, his Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on November 10, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record